

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------

IN RE:                                                   BK NO. 04-22637

ELIUD, SR. & VIRGEN S SANCHEZ
      Debtor(s)
-------------------------------------------------------

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

   Citifinancial
   ACB Investment Recovery
   PO Box 914
   OwingMills MD  21117

2. Your Trustee's check for $6.16 payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.


Dated: February 23, 2010
      Rochester, NY               /s/_____
                                              GEORGE M. REIBER, TRUSTEE