$1.07
#7379

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------

IN RE:                                              BK NO. 04-22637

ELIUD, SR. & VIRGEN S SANCHEZ
      Debtor(s)
-----------------------------------------------------

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

    Household Credit Services
    1111 Town Center Drive
    Attn: Bankruptcy Unit
    Las Vegas NV 89134

2. Your Trustee's check for $1.07, payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.


Dated: July 20, 2010
       Rochester, NY                                  /s/_____
                                                                    GEORGE M. REIBER, TRUSTEE



FILED JUL 2 2 2010 BANKRUPTCY COURT ROCHESTER, NY